# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - JELA SHERMARKIE MARSHALL  SENTENCING GUIDELINES CASE | September 7, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk  U.S. District Court  Middle District of Alabama | Verne H. Speirs  *VHS*  Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the September 7, 2006, Grand Jury:

> Jela Shermarkie Marshall
> 19 MLK Boulevard
> Opelika, AL 36804
>
> LIMITS OF PUNISHMENT
> Ct. 1:
> NMT $1,000,000 or twice gross loss
> to victim or twice gross gain to
> defendant; whichever is greatest;
> NMT 20Y, or both;
> NMT 3Y SUP REL;
> $100 Assessment Fee;
> VWPA

Ct. 2:
NMT $250,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NLT 5Y NMT Life, or both;
NMT 3Y SUP REL;
$100 Assessment Fee;
VWPA.

Ct. 3:
NMT $250,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 10Y, or both;
NMT 3Y SUP REL;
$100 Assessment Fee;
VWPA.

Estimated trial time: 2 days