✎AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JELA SHERMARKIE MARSHALL
19 MLK Boulevard
Opelika, Alabama 36804

**WARRANT FOR ARREST**

Case Number:   3:06CR222-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jela Shermarkie Marshall_____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Controlled substance act

Gun controlled act


in violation of Title ____18 and 21____ United States Code, Section(s) _____922(g)(1), 924(c)(1) and 841(a)(1)_____

__DEBRA P. HACKETT_____
Name of Issuing Officer

__Clerk, U. S. District Court_____
Title of Issuing Officer

_____
Signature of Issuing Officer

__September 8, 2006 - Montgomery, Alabama__
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |