IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-222-WKW |
| | ) | |
| JELA SHERMARKIE MARSHALL | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VANZETTA PENN MCPHERSON, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Jela Shermarkie Marshall now in custody of Lee County Jail, Opelika, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on October 25, 2006, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Lee County Jail, Opelika, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on October 25, 2006, at 10:00 a.m.

Respectfully submitted this the 14th of September, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | CR. NO. 3:06-cr-222-WKW |
| ) | |
| JELA SHERMARKIE MARSHALL ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed September 14, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Lee County Jail, Opelika, Alabama, commanding it to deliver Jela Shermarkie Marshall to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on October 25, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of September, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE