IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 3:06cr222-WKW |
| ) | |
| JELA SHERMARKIE MARSHALL ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE   <u>LEE COUNTY JAIL</u>
                                                             AT   <u>OPELIKA, ALABAMA</u>

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
          OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **JELA SHERMARKIE MARSHALL**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom <u>5-B</u> of said Court, in the City of <u>Montgomery, Alabama</u>, on **October 25, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the <u>15th</u> day of September, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
Deputy Clerk