| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 25, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:24 - 11:34 |

√ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr222-WKW-VPM  **DEFENDANT NAME:** Jela Shermarkie Marshall
**AUSA:** Christopher Snyder standing in for Verne Speirs  **DEFENDANT ATTORNEY:** Robin Konrad
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √Not Guilty
  ❏ Guilty as to:
    ❏ Count(s):
    ❏ Count(s):      ❏ dismissed on oral motion of USA
           ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts
√CRIMINAL TERM:   1/8/07      √ WAIVER OF SPEEDY TRIAL filed.
         **DISCOVERY DISCLOSURE DATE: 10/25/06**
❏ **ORDER:** Defendant continued under ❏ same bond;  ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
       ❏ Defendant requests time to secure new counsel