| COURTROOM DEPUTY'S MINUTES | DATE: November 13, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:13 - 9:16 |

### PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER:    3:06-cr-00222-WKW-VPM | DEFENDANT(S)  Jela Shermarkie Marshall |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | |
| | * | Kevin Butler |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
  Mr. Butler states maybe another video tape.  Mr. Speirs states he has no information of there being another tape.  Court directs government to file document with the court regarding whether or not there is any additional evidence in this case after checking on this matter

☐ **PENDING MOTION STATUS:**
  Motion to suppress is pending

☐ **PLEA STATUS:**
  Plea will depend on motion to suppress
  Notice of intent to change plea to be filed on or before noon on December 27, 2006

☐ **TRIAL STATUS**
  Trial time - 1 day

☐ **REMARKS:**