IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06-CR-00222-WKW |
| | ) | |
| JELA SHERMARKIE MARSHALL | ) | |

### **ORDER**

Upon consideration of the motion to suppress evidence (doc. # 12) filed by the defendant, it is

ORDERED that a hearing be and is hereby set before the Honorable Wallace Capel, Jr., United States Magistrate Judge, on November 30, 2006, at 2:00 p.m. in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody the person having custody of the defendant shall produce the defendant for the hearing.

The Clerk of the Court shall provide a court reporter for this proceeding.

Done this 17th day of November, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE