MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery , Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 11/30/06                    DIGITAL RECORDING: 2:00 - 4:25

DATE COMPLETED:   11/30/06

vs.                                     *    CR CASE NO: 3:06cr222-WKW

JELA SHERMARKIE MARSHALL                *

---

PLAINTIFF                  APPEARANCES:                    DEFENDANT
                               *
Verne Speirs                   *        Kevin L. Butler
                               *
                               *

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Joseph Wilkinson, Law Clerk
Risa Entrekin, Court Reporter

---

PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    SUPPRESSION HEARING


SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 3:06cr222-WKW:  USA vs. Jela Shermarkie Marshall:  SUPPRESSION HEARING | |
|---|---|---|
| **Date** | 11/30/2006 | **Location** |

| Time | Speaker | Note |
|---|---|---|
| 1 :59:53 PM | Court | Convenes; Rule Invoked |
| 2 :00:51 PM | Government | Calls Witness Judson Barnes |
| 2 :01:15 PM | Defense | Gives Reasons for Hearing as regards the Stop of the Vehicle |
| 2 :09:00 PM | | Witness Sworn and Testifies |
| 2 :30:33 PM | Defense | Cross-Examines Witness Judson Barnes |
| 2 :58:10 PM | Government | Re-Directs Witness |
| 3 :00:49 PM | Defense | Further questions witness |
| 3 :01:47 PM | Government | Establishes probable cause for stop |
| 3 :02:29 PM | | Witness Excused |
| 3 :02:55 PM | Court | Determines all issues should be addressed including probable cause for stop and  search |
| 3 :08:39 PM | Government | Calls Witness Craig Vickers; Witness Sworn and testifies |
| 3 :13:40 PM | Defense | Cross Examines Witness |
| 3 :15:17 PM | | Witness excused |
| 3 :15:30 PM | | Government Rest |
| 3 :15:46 PM | Defense | Recalls Officer Barnes; Witness testifies |
| 3 :18:54 PM | | No Cross; Witness excused |
| 3 :19:10 PM | Defense | Calls  Witness Frank Marshall, Jr.; Witness Sworn and Testifies |
| 3 :29:26 PM | Government | Cross-Examines Witness |
| 3 :34:28 PM | Defense | Re-Directs Witness |
| 3 :35:25 PM | | Witness Excused |
| 3 :35:49 PM | Defense | Recalls Witness Frank Marshall, Jr. |
| 3 :38:11 PM | Government | Cross-Examines Witness |
| 3 :39:37 PM | Defense | Questions Witness |
| 3 :40:17 PM | Government | Questions Witness |
| 3 :40:22 PM | | Witness Excused |
| 3 :40:56 PM | Defense | Calls Witness Frank Marshall, III; Witness Sworn and Testifies |
| 3 :48:49 PM | Government | Cross-Examines Witness |
| 3 :51:02 PM | Defense | Re-Directs Witness |
| 3 :51:27 PM | Government | Questions witness |
| 3 :52:37 PM | Defense | Further questions witness |
| 3 :53:23 PM | Government | Questions Witness |
| 3 :53:50 PM | | Witness Excused |
| 3 :53:57 PM | Defense | Calls Witness Lynn Colbert; Witness Sworn and testifies |
| 3 :55:54 PM | | Witness Excused |
| 3 :56:44 PM | Defense | Requests Court to recessed to examines car stereo |
| 3 :57:13 PM | Government | Objects to request |
| 3 :58:13 PM | Defense | Responds to objections |
| 3 :59:34 PM | Court | Declines Request for examination of car |

| 4 :00:49 PM | Defense | Recalls witness Frank Marshall, III; witness further testifies |
| 4 :05:53 PM | Court | Will NOT accept testimony regarding expert testimony |
| 4 :06:44 PM | | Witness Excused |
| 4 :06:55 PM | Defense | Proffers the results of the testing of the Car Stereo |
| 4 :09:59 PM | Court | Questions relevancy of proffer; Not Expert testimony |
| 4 :12:25 PM | Government | Gives Closing Argument |
| 4 :15:17 PM | Defense | Gives Closing Argument |
| 4 :18:04 PM | Court | Addresses Defense's Closing Argument |
| 4 :20:24 PM | Defense | Completes Closing Argument |
| 4 :24:04 PM | Government | Responds to Defense's Argument |
| 4 :24:48 PM | Defense | Replies to Government Response |
| 4 :25:00 PM | | Court in Recess |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

USA                      *

                         *

VS.                       *       3:06cr222-WKW

                         *

JELA SHERMARKIE MARSHALL

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Judson Barnes | 1. Frank Marshall, Jr. |
| 2. Craig Vickers | 2. Frank Marshall, III |
| 3. | 3. Lynn Colbert |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

V.

JELA SHERMARKIE MARSHALL

## GOVERNMENT'S EXHIBIT LIST

Case Number:  3:06cr222-WKW

| PRESIDING JUDGE WALLACE CAPEL, JR. | GOVERNMENT'S ATTORNEY Verne Speirs | DEFENDANT'S ATTORNEY Kevin L. Butler |
|---|---|---|
| TRIAL DATE (S) Suppression Hearing | COURT REPORTER Risa Entrekin | COURTROOM DEPUTY Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/30/06 | x | x | Opelika Noise Ordinance Code |
| 2 | | 11/30/06 | x | x | Photo of White Chevrolet SUV Vehicle |
| 3 | | 11/30/06 | x | x | Photo of Rear White Chevrolet SUV Vehicle |
| 4 | | 11/30/06 | x | x | Photo of Speakers in Rear of White Chevrolet SUV |
| 5 | | 11/30/06 | x | x | Photo of Console of White Chevrolet SUV |
| 6 | | 11/30/06 | x | x | Photo of Rear Seating Area of White Chevrolet SUV |
| 7 | | 11/30/06 | x | x | Uniform Non-Traffic Citation and Complaint to Jela Shermarkie Marshall dated 6/15/06 |
| 8 | | 11/30/06 | x | x | Photo of Marijuana in Rear seating area of White Chevrolet SUV |
| 12 | | 11/30/06 | x | x | Sketch of Area of Police stop of White Chevrolet SUV |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

V.

JELA SHERMARKIE MARSHALL

**DEFENDANT'S EXHIBIT LIST**

Case Number:  3:06cr222-WKW

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WALLACE CAPEL, JR. | Verne Speirs | Kevin L. Butler |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Suppression Hearing | Risa Entrekin | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/30/06 | x | x | Photo - Speaker in Car |
|  | 2 | 11/30/06 | x | x | Photo - Antioch Circle - A |
|  | 3 | 11/30/06 | x | x | Photo - Antioch Circle - B |
|  | 4 | 11/30/06 | x | x | Right Side of Vehicle |
|  | 5 | 11/30/06 | x | x | Photo - Side View of Speaker/Trunk |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.