IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr222-WKW |
| | ) | |
| JELA SHERMARKIE MARSHALL | ) | |

**ORDER**

For good cause, it is

ORDERED that the portion of the pretrial order setting a pretrial conference for December 18, 2006 be and is hereby vacated.

DONE, this 5th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE