**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 12, 2006

# NOTICE OF CORRECTION

**From:**          Clerk's Office

**Case Style:**    USA vs. Jela Shermarkie Marshall

**Case Number:**   3:06cr222-WKW

**Referenced Pleading:** Document #22

**This Notice of Correction filed in the above referenced case to reflect** that this entry has been corrected to read as follows:

ORDER VACATING the portion of the pretrial order 15 setting a pretrial conference for December 18, 2006, as to Jela Shermarkie Marshall . Signed by Judge Susan Russ Walker on 12/5/06. (ajr, ) Modified on 12/5/2006 to show order vacated (snc). (Entered: 12/05/2006)