IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 3:06cr222-WKW |
| ) | |
| JELA SHERMARKIE MARSHALL ) | |

## ORDER

The defendant, JELA SHERMARKIE MARSHALL, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, JELA SHERMARKIE MARSHALL, appear with counsel before the undersigned Magistrate Judge January 5, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 3rd day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE