IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JELA SHERMARKIE MARSHALL ) | Case No.  3:06-cr-222-WKW |

**O R D E R**

After an independent and de novo review of the file, it is ORDERED, ADJUDGED, and DECREED that:

1. The objection filed by the defendant (Doc. # 26) is OVERRULED;

2. The recommendation of the United States Magistrate Judge (Doc. # 24) is ADOPTED; and

3. The Motion to Suppress filed by the defendant (Doc. # 12) is DENIED.

DONE this 16th day of January, 2007.

　　　　　　　　　　　　　／s／　W.  Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE