IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JELA SHERMARKIE MARSHALL ) | Case No.  3:06-cr-222-WKW |

**O R D E R**

Upon consideration of the defendant's Motion to Withdraw Plea (Doc. # 36), it is ORDERED that the government shall file a response **on or before March 15, 2007.**

Done this 13th day of March, 2007.

                                               /s/   W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE