IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )
JELA SHERMARKIE MARSHALL          )          Case No.  3:06-cr-222-WKW

**O R D E R**

It is ORDERED that the sentencing hearing in this matter scheduled for March 20, 2007, is CONTINUED generally.

Upon consideration of the defendant's Motion to Withdraw Plea of Guilty (Doc. # 36), it is ORDERED that a hearing on the motion is scheduled for **April 5, 2007, at 2:00 p.m.**, in Courtroom 2-E of the United States Courthouse, Montgomery, Alabama.

DONE this the15th day of March, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE