IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO.  3:06-cr-222-WKW |
| | ) | |
| JELA SHERMARKIE MARSHALL | ) | |

**<u>ORDER</u>**

It is ORDERED that the sentencing scheduled for May 31, 2007, is CONTINUED to June 15, 2007, at 2:15 p.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of May, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE