**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 3:06-cr-222-WKW** |
| ) | |
| **JELA SHERMARKIE MARSHALL,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for June 15, 2007, is CONTINUED to June 19, 2007, at 9:15 a.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 14th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE