AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: JELA SHERMARKIE MARSHALL
CASE NUMBER: 3:06cr222-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

93 Months. This sentence consists of 60 months on count 2 and 33 months on counts 1 and 3 to be served consecutively to the term on count 2.

X  The court makes the following recommendations to the Bureau of Prisons:

The court recommends that you be designated to a facility where drug treatment is available.
The court recommends that defendant be designated to a facility as close to his home in Opelika, Alabama, as possible.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  4/7/2008  to  USP Atlanta

at  1630  , with a certified copy of this judgment.

RETURNED AND FILED

APR 1 8 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Loren A Grayer
UNITED STATES MARSHAL
Warden

By  C. Richardson
DEPUTY UNITED STATES MARSHAL
Admin Tech